UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEITORE COATES, | Case No. 2:22-cv-02124-TLN-JDP (PS) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| JEFFREY CAREY, | ECF No. 6 |
| Defendant. | |

Plaintiff has filed a motion for an extension of time to file an opposition to defendant's motion to dismiss. ECF No. 6. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 6, is granted.

2. By no later than January 3, 2023, plaintiff shall file an opposition or statement of non-opposition to defendant's motion to dismiss.

3. Defendant may file a reply to plaintiff's opposition, if any, no later than January 12, 2023.

4. The hearing on defendant's motion to dismiss remains set for January 26, 2023, at 10:00 a.m., in Courtroom No. 9.

     5. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated:    December 28, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2